IN THE United States District Court
For THE Western District of North Carolina
Charlotte Division

RECEIVED
CHARLOTTE, N.C.
DEC 15 2008
Clerk, U.S. Dist. Court
W. Dist. of N.C.

Willie Lee Berry, )
 plaintiff, )
 )
V. ) Case No: 3:01CV627-MU
 )
M. Timothy Porterfield, )
 Defendant. )

## Notice of Appeal

Comes Now, Willie Lee Berry, pro se, by and through himself files this "notice of appeal" of this court's orders of his Rule 60(b)(4) and Motion for Reconsideration, to appeal to the fourth circuit court of appeals. The motions was field october 28, 2008 and September 10, 2007. Further, plaintiff request that this Honorable court not hold him to the same stringent standard as that of a schooled Attorney. Haines v. Kerner, 404 U.S. 519.

Respectfully Submitted,

Willie Lee Berry, pro se
P.O. Box 2000
FPC Millington
Millington, TN 38083

## Certificate of Service

I certify that a true and accurate copy of the foregoing "Notice of appeal" was placed in this institutions mail box on this 10 day of December 2008, mail to the clerk of court, Western District of North Carolina, Charlotte Division, prepaid postage affixed. 28 U.S.C. § 1746.

Willie Berry
Willie Lee Berry, pro se
Reg. No. #13366-058
P.O. Box 2000
FPC Millington
Millington, TN 38083

Willie Berry # 13366-058
FEDERAL PRISON CAMP
P.O. BOX 2000
MILLINGTON, TN 38083-2000

Office of clerk
United States District Court
Room 210, Charles R. Jonas Building
401 W. Trade Street
Charlotte, North Carolina
28202

MEMPHIS TN 381
11 DEC 2008 PM 2 T